**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DESCHENE,<br><br>      Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>      Defendant.<br>_____ / | No. C 05-0109 SBA (MEJ)<br><br>**ORDER DIRECTING DEFENDANT TO MEET AND CONFER IN CHAMBERS REGARDING THE MOTION TO COMPEL** |

    On September 12, 2005, defendant, Oracle Corporation ("defendant") filed a Motion to Compel against plaintiff, Marie Deschene ("plaintiff") for failure to respond to defendants' first set of interrogatories and requests for production.

    This Court's standing order on discovery disputes states in pertinent part, "before the Court will consider a motion to compel a **joint** meet and conferral letter must be filed...."  Therefore, this Court shall not entertain defendants' Motion to Compel before a joint meet and confer letter, outlining the parties' discovery dispute, is filed.  Moreover, parties' joint meet and confer letter must follow the procedures detailed in this Court's standing order on discovery disputes, in addition to, the procedures detailed in the Local Rules for the California Northern District.

    Upon review of Defendants' request, the Court finds it appropriate for the parties to participate in a meet and confer session in court.  Accordingly, the Court hereby **ORDERS** the parties to appear on November 3rd, 2005 at 9:00am in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  At this session, the parties shall come prepared to meaningfully

discuss the Motion to Compel and prepare a letter in accordance with Judge James' discovery standing order.

**IT IS SO ORDERED**.

Dated: October 24, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2