IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DESCHENE,<br><br>    Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>    Defendant.<br>_____/ | **No. C 05-0109 SBA (MEJ)**<br><br>**ORDER**<br><br>**RESCHEDULING THE PARTIES MEET AND CONFER TO NOVEMBER 9, 2005, AT 9:00 A.M.** |

    Good cause appearing, the Court hereby vacates the November 3, 2005, in Chambers meet and confer. The Court hereby ORDERS the parties to meet and confer in Chambers on Wednesday, November 9, 2005, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: November 2, 2005

                                         MARIA-ELENA JAMES<br>
                                         United States Magistrate Judge