JOHN B. KEATING (CA Bar No. 148729)
Post Office Box 620622
2995 Woodside Road, Suite 350
Woodside, CA 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorney for Plaintiff, Marie Deschene

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DESCHENE,<br><br>      Plaintiff,<br><br>      v.<br><br>ORACLE CORPORATION and DOES ONE<br>through THIRTY,<br><br>      Defendants.<br>_____ | Case No. C 05-00109 SBA (MEJ)<br><br>**STIPULATION AND  ORDER<br>REGARDING EXTENSION OF<br>DISCOVERY CUT-OFF** |

The parties through their respective counsel, John B. Keating for Plaintiff Marie Deschene and Baldwin J. Lee of Allen Matkins Leck Gamble & Mallory LLP for Defendant Oracle Corporation, seek by stipulation and order to further confirm the prior short discovery cut-off extension agreement which was requested by Plaintiff's counsel in light of circumstances of an unanticipated medical condition in Plaintiff's counsel's family and was previously reached and confirmed in writing on August 16, 2005.

This stipulation and order confirming the agreement under which counsel have been conducting discovery has not interfered with the other pre trial scheduling dates set forth in the case management order and is not anticipated to do so.  The parties hereby confirm their prior understanding and stipulation and request the Court's order thereto as follows:

1)      The cut-off for non-expert discovery is extended for two weeks to September 29, 2005; and

2)      Defendant will have additional time until October 10, 2005 to conduct discovery regarding Plaintiff's health care providers and/or medical issues.


Dated: October 27, 2005            _____
                                                          John B. Keating
                                                          Attorney for Plaintiff Marie Deschene



Dated: October 27, 2005            ALLEN MATKINS LECK GAMBLE &
                                                 MALLORY LLP



                                                 By: _____
                                                        Baldwin J. Lee

Attorneys for Defendant Oracle Corporation

**IT IS SO ORDERED:**

Nunc Pro Tunc to
Dated: September 15, 2005

_____
        Honorable Saundra Brown Armstrong
        Judge, United States District Court